

# NUMBER 13-14-00047-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE ALMA INVESTMENTS, INC.,
## D/B/A TEXAS ALMA INVESTMENTS, INC.

---

## On Petition for Writ of Mandamus
## and Emergency Motion for Stay of Proceedings.

---

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Perkes
### Per Curiam Memorandum Opinion[1]

Relator, Alma Investments, Inc., d/b/a Texas Alma Investments, Inc., filed a petition for writ of mandamus and emergency motion for stay of proceedings in the above cause on January 21, 2014. Through this original proceeding, relator seeks to set aside the trial court's order of May 16, 2013 imposing death penalty discovery

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

sanctions against relator. By emergency motion, relator seeks to stay the jury trial on damages set to commence today.

The Court, having examined and fully considered the petition for writ of mandamus and the emergency motion for stay of proceedings, is of the opinion that relator has not shown itself entitled to the relief sought. Accordingly, the petition for writ of mandamus and emergency motion for stay of proceedings are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Delivered and filed the 21st
day of January, 2014.